IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON R. GUTIERREZ,

    Plaintiff,

v.                                                  Cause No. 2:25-cv-00290-KRS-JHR

JUAN BECERRA and AIRGAS USA, LLC a
Foreign Limited Liability Company,

    Defendants.

## **ORDER OF DISMISSAL**

THIS MATTER, having come before the Court upon the Joint Motion of the Plaintiff, Jason R. Gutierrez and Defendant, Airgas USA, LLC, to Dismiss the case, including those claims against Juan Becerra, the Court, having reviewed the pleadings and being otherwise fully informed FINDS that the Motion is WELL-TAKEN and shall be GRANTED.

Plaintiffs Complaint and any amendments thereto are hereby dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED this 15th day of December, 2025.

                                                                             _____
                                                                             KEVIN R. SWEAZEA
                                                                             UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

YLAW, P.C.

*/s/ S. Carolyn Ramos*
S. Carolyn Ramos
Brett C. Eaton
4908 Alameda Blvd. N.E.
Albuquerque, NM 87113
(505) 266-3995
cramos@ylawfirm.com
beaton@ylawfirm.com
*Attorneys for Defendant Airgas USA, LLC*

and

Parnall Law Firm, LLC

*Approved via email December 1, 2025*
Drew Larkin
P.O. Box 8009
Albuquerque, NM 87198
(505) 268-6500
drewlarkin@parnalllaw.com
*Attorneys for Plaintiff*